# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### CLERK'S REQUEST FOR DISPOSITION OF PASSPORT



U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
APR 02 2009
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

LAWRENCE K. BAERMAN, CLERK

UNITED STATES OF AMERICA
vs.
Brian K. Goolden

Case No. 5:07-CR-567-001 (FJS)

I, Penny L. Price, certify that upon examination of the docket, the following indicated action is appropriate:

☐ **Return passport to Defendant based upon:**

  ☐ Defendant found **Not Guilty** at Trial        ☐ Case dismissed by Order of the Court

☑ The defendant was found Guilty at Trial or Entered a Guilty plea and was sentenced to:
  ☑ **Term of Supervised Release/Probation.**
  ☑ **Term of Imprisonment**

Therefore, the passport shall be forwarded to:

  ☑ U.S. Department of State           ☐ U.S. Immigration & Customs
     (U.S. passports only)                Enforcement (Foreign passports)

☐ The above action was disposed of more than ten (10) years ago and/or the **passport is no longer valid.** Therefore the passport shall be returned to the:

  ☐ U.S. Department of State           ☐ U.S. Immigration & Customs
     (U.S. passports only)                Enforcement (Foreign passports)

The Clerk's request for disposition of passport as noted above is hereby Granted.

IT IS SO ORDERED. *[signature]*

Date: 3/31/09

U.S. Department of State
Office of Passport Policy and Advisory Services
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, D.C. 20037

Immigration & Customs Enforcement
Field Office Director-Buffalo
130 Delaware Avenue
Buffalo, NY 14202